IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LEBOW AND CAROL LEBOW<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY | CIVIL ACTION NO. 2:24-cv-02200<br><br>JURY TRIAL DEMANDED |

### ORDER

AND NOW, this 24th day of February 2025, upon consideration of Defendant's *Daubert* Motion to Exclude Expert Evidence (DKT #37) and Defendant's Motion for Summary Judgment (DKT #38), supporting briefs, and Plaintiffs' responses thereto, it is hereby ORDERED and DECREED that Defendant's motions are DENIED.

_____
GAIL A. WEILHEIMER, J.